**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TERRI DIGIACOMO,

        Plaintiff,                           Case No.: 3:16-cv-01552-HES-JBT

v.

SYNCHRONY BANK,

        Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

      Plaintiff, TERRI DIGIACOMO, and Defendant, SYNCHRONY BANK, by and through undersigned counsels, hereby give notice of a pending settlement with regard to the instant matter. The parties have reached a tentative settlement and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with the Court.

      Respectfully submitted this 24th day of April 2017.

| | |
|---|---|
| /s/ Christopher W. Legg | /s/ Sahily Serradet |
| Christopher W. Legg, Esq. | Sahily Serradet, Esq. |
| FBN: 44460 | FBN: 0077620 |
| BUCHWALD LEGG, PLLC | LIEBLER, GONZALEZ & PORTUONDO |
| 3837 Hollywood Boulevard, | Courthouse Tower - 25th Floor |
| Suite B | 44 West Flagler Street |
| Hollywood, FL 33023 | Miami, FL 33130 |
| Chris@TheConsumerLawyers.Com | service@lgplaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Terri DiGiacomo* | *Synchrony Bank* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 24h day of April 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Sahily Serradet, Esq.
LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
service@lgplaw.com
*Counsel for Defendant*
*Synchrony Bank*

                                          By: /s/ *Christopher Legg*
                                            Christopher W. Legg, Esq.