UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERRI DIGIACOMO,

    Plaintiff,

v.                               Case No.  3:16-cv-1552-J-20JBT

SYNCHRONY BANK,

    Defendant.
_____/

## ORDER

Before the Court is the parties "Joint Stipulation for Final Order of Dismissal with Prejudice" (Dkt. 19). The parties jointly agree to the dismissal of this case, with prejudice, with each party to bear its own attorney's fees and costs.

Accordingly it is **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is **DISMISSED with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 21st day of June, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christopher Wallace Legg, Esq.
Marc Thomas Parrino, Esq.
Sahily Serradet, Esq.